United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TIFFANY MICHELLE CARTER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-3819 |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

On November 4, 2025, this case was referred to United States Magistrate Judge Peter Bray for all pretrial purposes. (Dkt. 18). Judge Bray filed a Memorandum and Recommendation on May 15, 2026 recommending that: (1) Plaintiff's motion to remand be denied; (2) Plaintiff's claims against Defendant Mariah Newsome ("Newsome") be dismissed without prejudice on the basis that Newsome was improperly joined; and (3) Newsome's two motions to dismiss be denied as moot. (Dkt. 37).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

2

(1)    Judge Bray's Memorandum and Recommendation (Dkt. 37) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)    Plaintiff's motion to remand (Dkt. 15) is **DENIED**;

(3)    Plaintiff's claims against Defendant Mariah Newsome are **DISMISSED WITHOUT PREJUDICE** on the basis that Newsome was improperly joined; and

(4)    Newsome's motions to dismiss (Dkt. 13; Dkt. 30) are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED at Houston, Texas on July 7, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE